## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION and JEROME H. BLOOM,<br><br>               Plaintiffs,<br><br>   v.<br><br>THE CITY OF SHELTON, CONNECTICUT; MARK A. LAURETTI (in his official capacity as Shelton mayor); and RONALD HERRICK (in his official capacity as Shelton Parks and Recreation Director),<br><br>               Defendants. | Civ. No. _____ |

### MOTION FOR ADMISSION OF ELIZABETH CAVELL, ESQ. AND RYAN D. JAYNE, ESQ. PRO HAC VICE

The Plaintiffs, by and through their undersigned counsel, respectfully request that this Court admit Elizabeth Cavell, Esq., and Ryan D. Jayne, Esq., Pro Hac Vice to appear in this Court on behalf of the plaintiffs in this matter. Sponsoring counsel, Laurence J. Cohen, Esq., is a member in good standing of the Bar of this Court. Service of all papers connected with this lawsuit may be made upon attorney Cohen in accordance with Local Rule 83.1(c). In support of this motion, plaintiffs submit the Affidavits of Elizabeth Cavell and Ryan D. Jayne wherein they state their qualifications for admission Pro Hac Vice in accordance with Local Rule 83.1(d).

Respectfully submitted,

Dated: March 22, 2016        BY:   /s/ Laurence J. Cohen

Laurence J. Cohen, Esq.
Connecticut Juris No. 431360
1145 Main Street, Ste. 505
Springfield, MA 01103
Email: lcohen4@yahoo.com

**Counsel for Plaintiffs**

**CERTIFICATION**

The undersigned hereby certifies that I have caused to be served a true and correct copy of the foregoing document this 22nd day of March, 2016 via electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/: Laurence J. Cohen
Laurence J. Cohen, Esq.

**LAURENCE J. COHEN**
**CT Juris No.: 431360**
1145 Main Street, Ste. 505
Springfield, MA 01103
(413) 732-7433
lcohen4@yahoo.com
Attorney for Plaintiffs,
   **Freedom From Religion Foundation &**
   **Jerome Bloom**

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, et al., | UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT |
| Plaintiffs, | Civ. No. _____ |
| v. | |
| CITY OF SHELTON, et al.; | Civil Action |
| Defendant. | **AFFIDAVIT OF ELIZABETH CAVELL** |

Elizabeth Cavell, being of full age, on her oath, states as follows:

1. I am a member in good standing of the State Bar of Wisconsin, member number 1089353.

2. I am domiciled in the state of Wisconsin.

3. I am associated in this matter with Laurence J. Cohen, Connecticut counsel of record for plaintiffs in this matter.

4. No disciplinary proceedings are pending against me in any jurisdiction.

5. I have not been denied admission to, been disciplined by, resigned from, or withdrawn an application for admission to practice before any court. For financial reasons I allowed my license to practice in Colorado to lapse, since I now practice primarily in Wisconsin.

1

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate Laurence J. Cohen as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 3/16/16

Elizabeth Cavell
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701
(608) 256-8900
FAX: (608)204-0422
ecavell@ffrf.org

**LAURENCE J. COHEN**
CT Juris No.: 431360
1145 Main Street, Ste. 505
Springfield, MA 01103
(413) 732-7433
lcohen4@yahoo.com
Attorney for Plaintiffs,
  **Freedom From Religion Foundation &**
  **Jerry Bloom**

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SHELTON, et al.; <br><br> Defendant. | UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT <br><br> Civ. No. _____ <br><br> <u>Civil Action</u> <br><br> **AFFIDAVIT OF RYAN D. JAYNE** |

Ryan D. Jayne, being of full age, on his oath, states as follows:

1. I am a member in good standing of the State Bar of Wisconsin, member number 1101529.

2. I am domiciled in the state of Wisconsin.

3. I am associated in this matter with Laurence J. Cohen, Connecticut counsel of record for plaintiffs in this matter.

4. No disciplinary proceedings are pending against me in any jurisdiction.

5. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before any court.

1

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate Laurence J. Cohen as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 3/16/16

Ryan D. Jayne
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701
(608) 256-8900
FAX: (608)204-0422
ryan@ffrf.org