*Freedom From Religion Foundation, et al*
    *plaintiff*
*Vs*
*City of Shelton, et al*
    *defendants*

*United States District Court*
*District of Connecticut*
*Case Number: 3:16-CV-00477-JBA*

STATE OF CONNECTICUT
                   SS:  SHELTON            MARCH 28, 2016
COUNTY OF FAIRFIELD

Then and there, by virtue hereof, in Shelton, on the 28th day of March, 2016, per direction from the plaintiff's attorney, of the original Summons in a Civil Case, Complaint, Exhibit 1, Exhibit 2, Exhibit 3, I made service on **The City of Shelton**, one of the within named defendants, by leaving **two (2)** true and attested copies of the original Summons in a Civil Case, Complaint, Exhibit 1, Exhibit 2, Exhibit 3, with my doings thereon endorsed, <u>with and in the hands of Margaret R. Domorod, City/Town Clerk and person authorized to accept service for and on behalf of</u> **The City of Shelton,** <u>at 54 Hill Street, Shelton, Connecticut</u>, one of the within named defendants.

And afterwards, in Shelton, on the 28th day of March, 2016, per direction from the plaintiff's attorney, I made service on **Mark A. Lauretti,** *in his official capacity***,** one of the within named defendants, by leaving **two (2)** true and attested copies of the original Summons in a Civil Case, Complaint, Exhibit 1, Exhibit 2, Exhibit 3, with my doings thereon endorsed, <u>with and in the hands of Margaret R. Domorod, City/Town Clerk and person authorized to accept service for and on behalf of</u> **Mark A. Lauretti,** *in his official capacity*, <u>at 54 Hill Street, Shelton, Connecticut,</u> one of the within named defendants.

And afterwards, in Shelton, on the 28th day of March, 2016, per direction from the plaintiff's attorney, I made service on **Ronald Herrick,** *in his official capacity***,** one of the within named defendants, by leaving **two (2)** true and attested copies of the original Summons in a Civil Case, Complaint, Exhibit 1, Exhibit 2, Exhibit 3, with my doings thereon endorsed, <u>with and in the hands of Margaret R. Domorod, City/Town Clerk and person authorized to accept service for and on behalf of</u> **Ronald Herrick,** *in his official capacity*, <u>at 54 Hill Street, Shelton, Connecticut,</u> one of the within named defendants.

And afterwards, in Shelton, on the 28th day of March, 2016, per direction from the plaintiff's attorney, I made service on **Mark A. Lauretti,** *in his individual capacity,* one of the within named defendants, by leaving a true and attested copy of the original Summons in a Civil Case, Complaint, Exhibit 1, Exhibit 2, Exhibit 3, with my doings thereon endorsed, <u>at the usual place of abode of</u> **Mark A. Lauretti,** *in his individual capacity,* **at 14 David Drive, Shelton, Connecticut**, one of the within named defendants. (*With and in the hands of Alexa Lauretti, a person of suitable age and discretion*)

And afterwards, in Shelton, on the 28th day of March, 2016, per direction from the plaintiff's attorney, I made service on **Ronald Herrick,** *in his individual capacity,* one of the within named defendants, by leaving a true and attested copy of the original Summons in a Civil Case, Complaint, Exhibit 1, Exhibit 2, Exhibit 3, with my doings thereon endorsed, <u>with and in the hands of</u> **Ronald Herrick,** *in his individual capacity,* <u>at the Shelton Community Center, 41 Church Street, Shelton, Connecticut,</u> one of the within named defendants.

The within and foregoing is the original Summons in a Civil Case, Complaint, Exhibit 1, Exhibit 2, Exhibit 3, with my doings hereon endorsed.

                                                Attest,

                                                _____
                                                Michael T. Copertino
                                                State Marshal
                                                Fairfield County

Fees
| | |
|---|---:|
| Service | $ 160.00 |
| Travel | 17.90 |
| Pages | 160.00 |
| Endorsement | 11.60 |
| | $ 349.50 |

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __CITY OF SHELTON__
was received by me on *(date)* __3/26/16__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __CLERK  DOMOROD__, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
__CITY OF SHELTON__ on *(date)* __3/28/16__; or

☐ I returned the summons unexecuted because _____
_____; or

☐ Other *(specify)* _____
_____
_____

My fees are $ __8.76__ for travel and $ __82.80__ for services, for a total of $ __91.56__ 0.00

I declare under penalty of perjury that this information is true.

Date: __3/29/16__

*Michael T. Copertino*
Servers signature

MICHAEL T. COPERTINO
CT STATE MARSHAL
Printed name and title

PO BOX 2154
SHELTON CT 06484
Servers address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**FREEDOM FROM RELIGION FOUNDATION,
ET AL.,**

V.                                    **SUMMONS IN A CIVIL CASE**

**CITY OF SHELTON, ET AL.,**

CASE NUMBER: **3:16-CV-00477-JBA**

TO: **City of Shelton**
Defendant's Address:

*Clerk Domorod
City Hall - First Floor
54 Hill Street
Shelton, CT 06484*

A lawsuit has been filed against you.

   Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Laurence J. Cohen
Law Office of Laurence J. Cohen
107 West Avon Road
Avon, CT 06001**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – P. Villano
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2016-03-23 09:50:12.0, Clerk
USDC CTD

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* RONALD HERRICK, DIR. PARKS & REC.
was received by me on *(date)* 3/26/16 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CLERK  DUMOROD , who is
designated by law to accept service of process on behalf of *(name of organization)* RONALD
HERRICK, DIR. PARKS & REC on *(date)* 3/28/16 ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $ 0 for travel and $ 62.80 for services, for a total of $ 62.80 0.00

I declare under penalty of perjury that this information is true.

Date: 3/29/16

Michael T. Copertino
Servers signature

MICHAEL T. COPERTINO
CT STATE MARSHAL
Printed name and title

PO BOX 2154
SHELTON CT 06484
Servers address

Additional information regarding attempted service, etc:

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MARK A. LAURETTI, MAYOR
was received by me on *(date)* 3/26/16 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CLERK DOMUROD , who is
designated by law to accept service of process on behalf of *(name of organization)* MARK
A. LAURETTI, MAYOR on *(date)* 3/28/16 ; or

☐ I returned the summons unexecuted because _____
_____; or

☐ Other *(specify)* _____
_____
_____

My fees are $ 0 for travel and $ 62.80 for services, for a total of $ 62.80 0.00

I declare under penalty of perjury that this information is true.

Date: 3/29/16

_____
Servers signature
MICHAEL T. COPERTINO
CT STATE MARSHAL
_____
Printed name and title
PO BOX 2154
SHELTON, CT 06484
_____
Servers address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FREEDOM FROM RELIGION FOUNDATION,
ET AL.,

V.

CITY OF SHELTON, ET AL.,

SUMMONS IN A CIVIL CASE

CASE NUMBER: **3:16-CV-00477-JBA**

TO: **Ronald Herrick, Mark A. Lauretti, City of Shelton**
Defendant's Address:

*Clerk Domorod*
*City Hall - First Floor*
*54 Hill Street*
*Shelton, CT 06484*

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Laurence Joseph Cohen**
**Law Office of Laurence J. Cohen**
**107 West Avon Road**
**Avon, CT 06001**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − P. Villano
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2016−03−23 09:44:45.0, Clerk
USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MARK A LAURETTI
was received by me on *(date)* 3/26/16 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* ALEXA LAURETTI , a person of suitable age and discretion who resides there,
on *(date)* 3/28/16 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $ 6.84 for travel and $ 61.60 for services, for a total of $ 68.44 0.00

I declare under penalty of perjury that this information is true.

Date: 3/29/16

Michael T. Copertino
Servers signature

MICHAEL T COPERTINO
CT STATE MARSHAL
Printed name and title

PO BOX 2154
SHELTON CT 06484
Servers address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

FREEDOM FROM RELIGION FOUNDATION,
ET AL.,

V.

**SUMMONS IN A CIVIL CASE**

CITY OF SHELTON, ET AL.,

CASE NUMBER: 3:16-CV-00477-JBA

TO: **Mark A. Lauretti**
Defendant's Address:

*Clerk Domorod*
*City Hall - First Floor*
*54 Hill Street*
*Shelton, CT 06484*

A lawsuit has been filed against you.

    Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Laurence J. Cohen
Law Office of Laurence J. Cohen
107 West Avon Road
Avon, CT 06001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ – P. Villano

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2016-03-23 09:49:12.0, Clerk
USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __RONALD HERRICK__
was received by me on *(date)* __3/26/16__.

☒ I personally served the summons on the individual at *(place)* __SHELTON COMMUNITY CENTER, 41 CHURCH ST, SHELTON CT__ on *(date)* __3/28/16__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)* _____

My fees are $ __2.30__ for travel and $ __61.60__ for services, for a total of $ __63.90__ 0.00

I declare under penalty of perjury that this information is true.

Date: __3/28/16__

_Michael Copertino_
Servers signature

MICHAEL T. COPERTINO
CT STATE MARSHAL
Printed name and title

PO BOX 2154
SHELTON, CT 06484
Servers address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FREEDOM FROM RELIGION FOUNDATION,
ET AL.,

V.

CITY OF SHELTON, ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:16−CV−00477−JBA

TO: **Ronald Herrick**
Defendant's Address:

*Clerk Domorod*
*City Hall - First Floor*
*54 Hill Street*
*Shelton, CT 06484*

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Laurence J. Cohen
Law Office of Laurence J. Cohen
107 West Avon Rd.
Avon, CT 06001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − P. Villano
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON** 2016−03−23 09:46:58.0, Clerk
USDC CTD