UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, ET AL | : | NO.: 3:16-cv-00477 (JBA) |
| | : | |
| v. | : | |
| | : | |
| CITY OF SHELTON, ET AL | : | APRIL 15, 2016 |

## NOTICE OF APPEARANCE

Please enter the appearance of **Thomas R. Gerarde** as attorney for the defendants, **City of Shelton, Mark A. Lauretti and Ronald Herrick**, in the above-entitled action.

        DEFENDANTS,
        CITY OF SHELTON, MAYOR MARK
        LAURETTI and RONALD HERRICK,
        Individually and in their Official capacities


        By____*/s/ Thomas R. Gerarde*_____
          Thomas R. Gerarde
          ct05640
          Howd & Ludorf, LLC
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          (860) 249-7665 (Fax)
          E-Mail:  tgerarde@hl-law.com

**CERTIFICATION**

   This is to certify that on **April 15, 2016**, a copy of the foregoing **Notice of Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Laurence J. Cohen, Esq.
1145 Main Street, Suite 505
Springfield, MA 01103


Elizabeth Cavell, Esq.
Ryan D. Jayne, Esq.
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701
*(Pro Hac Vice)*


           ___*/s/ Thomas R. Gerarde*_____
             Thomas R. Gerarde