UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION and JEROME H. BLOOM | : : : | NO.: 3:16-CV-00477-JBA |
| v. | : : | |
| CITY OF SHELTON, CONNECTICUT; MARK A. LAURETTI, in his official capacity; and RONALD HERRICK, in his official capacity | : : : : | MAY 9, 2016 |

## NOTICE OF APPEARANCE

Please enter the appearance of **Ondi A. Smith**, as attorney for the defendants, **City of Shelton, Mark A. Lauretti and Ronald Herrick**, in the above entitled action.

>DEFENDANTS,
>CITY OF SHELTON, CONNECTICUT;
>MARK A. LAURETTI, in his official
>capacity; and RONALD HERRICK, in his
>official capacity
>
>By__/s/ Ondi A. Smith_
>   Ondi A. Smith
>   Ct029583
>   Howd & Ludorf, LLC
>   65 Wethersfield Avenue
>   Hartford, CT  06114
>   (860) 249-1361
>   (860) 249-7665 (Fax)
>   E-Mail:OSmith@hl-law.com

**CERTIFICATION**

      This is to certify that on **May 9, 2016** a copy of the foregoing **Notice of Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Laurence J. Cohen, Esq.
1145 Main Street, Suite 505
Springfield, MA 01103

Elizabeth Cavell, Esq.
Ryan D. Jayne, Esq.
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701


                                                      __/s/ Ondi A. Smith_
                                                         Ondi A. Smith