UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Freedom from Religion, et al,
    *Plaintiffs*,

v.                                          Civil No. 3:16cv477 (JBA)

City of Shelton, et al,
    *Defendants*.

SCHEDULING ORDER

The parties' 26(f) Planning Report is approved, as amended, as set forth below:

1. Any amendments or joinder of additional parties shall be completed by 6/29/16.

2. All discovery will be completed by 1/21/17, as follows:

   Plaintiff's expert reports will be served by 10/21/16, and depositions will be completed by 11/21/16;

   Defendant's expert 's reports will be served by 12/21/16, and depositions will be completed by 1/21/17.

3. After a pre-filing conference, any summary judgment or <u>Daubert</u> motions will be filed by 2/20/17.

   Trial Readiness:
   If summary judgment or <u>Daubert</u> motions are filed, the parties will be expected to be trial ready 9/1/17.   The parties' Joint Trial Memorandum will be filed 30 days after ruling on any dispositive motions.

   If no dispositive motion is filed, the parties Joint Trial Memorandum will be filed by 3/1/17 and this matter will be trial ready 4/1/17.

4. A telephonic status conference will be held 1/23/17 at 4:00 p.m.   Defense counsel shall initiate the conference call to chambers: 203-773-2737.   Status reports shall be filed by 1/16/17.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: June 27, 2016